DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CHRISTINA MARTINEZ and FERNANDO GALVAN,

Petitioners,

v.

L. A 360 INVESTMENT LLC; AUDREY DEWEY, individually
and as personal representative of the Estate of
Ray Dewey, deceased,

Respondents.

No. 2D23-420

_____

September 1, 2023

Petition for Writ of Certiorari to the Circuit Court for Pasco County;
Susan G. Barthle, Judge.

Brent Buckman, Port St. Lucie, for Petitioners.

Chelsea Waller-Douthard, of Waller Law, Dade City, for Respondent
Audrey Dewey,

No appearance for Respondent L. A 360 Investment LLC.


PER CURIAM.

    Dismissed.

CASANUEVA, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.